IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH WISEMAN #01935797 Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION H-05-2571 |
| TOMMY THOMAS, Defendant. | § § § § § | |

## ORDER OF DISMISSAL

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 7th day of September, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge

1